IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-cv-00125-BO

| | | |
|---|---|---|
| LESLIE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff Leslie Thomas' Motion for Judgment on the

Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has

indicated that Plaintiff consents to Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's

decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner

for further proceedings.

So ordered this **24** day of **March**, 2014.

JUDGE TERRENCE W. BOYLE
United States District Judge